No. 01–9837. WELLS *v.* GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 01–9838. TOWNSEND *v.* ADAIR, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–9839. ENGEL *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–9844. DEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–9845. DE LA ROSA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9846. EARLY *v.* MILLER ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–9847. PARRA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–9848. TRUJILLO *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–9850. DUHON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9851. CHAVEZ *v.* ALDERMAN, CHAIRPERSON, VIRGINIA PAROLE BOARD, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–9853. CURTIS *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–9905. HUGHES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–9914. WHITE *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 01–9921. PIERCE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.